## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| MARK HORTON, | ) |
| Plaintiff/Appellant, | ) |
| | ) Case No. 18-1104 |
| v. | ) |
| MIDWEST GERIATRIC MANAGEMENT, LLC, | ) |
| Defendant/Appellee. | ) |

## **APPELLANT'S DESIGNATION OF RECORD**

COMES NOW Plaintiff/Appellant, Mark Horton, by and through his undersigned counsel, and designates the following as the Record on Appeal:

1. Complaint [Doc. 1];

2. Defendant MGM's Motion to Dismiss Plaintiff's Complaint [Doc. 6];

3. Defendant MGM's Memorandum in Support of Motion to Dismiss Plaintiff's Complaint [Doc. 7];

4. Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 13];

5. Defendant MGM's Reply in Support of its Motion to Dismiss Plaintiff's Complaint [Doc. 19];

6. Memorandum and Order [Doc. 20];

7. Notice of Election to Stand on Original Complaint and Request for Entry of Final Disposition [Doc. 21];

8. Order of Dismissal [Doc. 22]; and

9. Notice of Appeal [Doc. 23].

Respectfully Submitted,

MATHIS, MARIFIAN & RICHTER, LTD.


By  */s/Mark S. Schuver*
   Mark S. Schuver, #34713
   Natalie T. Lorenz, #65566
   23 Public Square, Suite 300
   P.O. Box 307
   Belleville, IL 62220
   (618) 234-9800 Phone
   (618) 234-9786 Fax
   mschuver@mmrltd.com
   nlorenz@mmrltd.com

   and

Gregory R. Nevins
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree St. NE, Suite 640
Atlanta, GA  30308
(404) 897-1880 Phone
(404) 897-1884 Fax
gnevins@lambdalegal.org

   and

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
(212) 809-8585 Phone
(212) 809-0055 Fax
ogonzalez-pagan@lambdalegal.org

*Attorneys for Plaintiff/Appellant Mark Horton*

{M0587554.4}

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 26, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/Mark S. Schuver*